UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001-2802

STANLEY A. SLUPKOWSKI )
)
PETITIONER, )
)
V. )
)
SECRETARY OF VETERANS AFFAIRS )
)
RESPONDENT. )
)
)

Case: 1:08-mc-00469
Assigned To : Friedman, Paul L.
Assign. Date : 7/16/2008  6/14/08
Description: Miscellaneous

NOTICE OF APPEAL TO THE ABOVE NAMED COURT

PETITIONER/APPELLANT IS NOT A PRISONER WITHIN THE MEANING TO THE
PRISONER LITIGATION REFORM ACT (PLRA) AND IS TAKEN THIS APPEAL
PRO SE:  BY YIELDING TO THE COURTS POWER TO GRANT THIS APPEAL INFORMA
PAUPERIS (IFP) TO PROCEED IN:

1.  Honorable Judge Friedman, May 2008 ORDER, dismissing ACTION CIVIL
COMPLAINT PURSUANT TO 28:1331 (FEDERAL QUESTION), to establishing lines
of communications with the Office of the Secretary of Veterans Affairs,
without prejudice.

2.  Honorable Judge Friedman, ORDER reache petitioner/appellant, at
FMC Rochester MN., on 27 May 2008, at 16:30 hours, central time by
regular mail call.

3.  Petitioner/appellant wants, the Order reviewed with the CASE
PURSUANT TO FIRST AND FIFTH AMENDMENTS RIGHT TO PETITION SECRETARY OF
VETERANS AFFAIRS.

4.  PURSUANT TO 28:1915N14 WHO IS PRISONER, petitioner who was civilly
commited under California's Sexually Violant Predators Act was not
"PRISONER" subject to Prison Litigation Reform Act's Financial reporting
and exhaustion requirements.  Page V'Torrey (2000 CA9 Cal) 201 F3D
1136, Kolocotronis V Morgan 247 F3D 716, Troville V Venz 303 F3D 1256,
LaFontant VINS 135 F3D 158.

5.  PURSUANT TO: 28:1915N33 MERITS OF CAUSE OF ACTION, Merit or lack
of merit is not test for determining whether petitioner should be allowed
to proceed in forma pauperis; when a federal district court receives
application for leave to proceed in forma pauperis, it shuld examine
papers and determine if requirements of 28:1915 are satisfied, and if
they are, leave should be granted.  Ragan V Cox 305 F2D 58.  If pro
se pleading appears to have some merit, court would grant leave to
proceed in forma pauperis; if warranted, it would dismiss at later point
in light of subsequent proceedings.  Yates V Wellman 373 F Supp 437.

6.  The petitioner is commited 4241/4246, and not "PRISONER", the (PLRA)
does not apply to civilly commited.  There is no filing fees requirements
for petitioning members of Congress, Inspector Generals of Departments,
Secretary's of the United States.  This petition does not pertain to
the Bureau of Prisons or Public Health Service, it pertains to the
United States Veterans Affairs, and the agencies of the department of
Defense (DOD).

7.  WHEREFORE, petitioner/appellant, submits to this court NOTICE of
APPEAL and Informa Pauperis file copy and file copy of petition which
was returned this date to the petitioner, the court still has in custody
the original signed and three copies, one returnf ile copy with self
stamped envelope, to proceed without prepayment or FEES in court COST.

8.  If this honorable court does not process the action required to
establish communications between the petitioner and the respondent the
petitioner PURSUANT TO: RULE 18 of the Supreme Court transfer the case
to the Supreme Court for action.


UNSWORN DECLARATION 28:1746 (2)

I, Stanley A. Slupkowski, declares all said and read herein to be TRUE and CORRECT pursuant to the PENALTY for PERJURY provision hereto:

27 May 2008

STANLEY A. SLUPKOWSKI PRO SE:


CERTIFICATE OF SERVICE


DISTRICT CLERK
U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVNEUE N.W.
WASHINGTON D.C. 20001-2802

FIRST CLASS MAIL WITH SELF STAMPED
ADDRESSED ENVELOPE FOR RETURN FILE COPY


STANLEY A. SLUPKOWSKI PRO SE:
FMC 19289-083 BLDG 1-2
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER MN., 55903-4000

CO 217B
Rev. 2/06
FPI-SST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Stanley A. Slupkowski_
Plaintiff(s)

vs.

_Secretary Of Veterans Affairs_
Defendant(s)

Dear: _Mr. Slupkowski_ :

In the above entitled case, please be advised that on _5/8/08_ Judge _Friedman_ endorsed thereon as follows:

"Leave to file without prepayment of costs is **DENIED**."

As a result of the Judge's ruling, your case has not been filed with our Court and is being returned to you at this time. Thank you.

NANCY MAYER-WHITTINGTON, CLERK

By: _Ra Janay Scott_
Deputy Clerk

United States Senior Judge
5/8/08

STANLEY A. SLUPKOWSKI
_____
Petitioner

SECRETARY OF VETERANS AFFAIRS
_____
Respondent(s)

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

CIVIL COMPAINT PURSUANT TO 28:1331
SECRETARY OF VETERANS AFFAIRS, THIS
IS NOT A (PLRA), PETITIONER IS
CIVILLY COMMITED NON-PRISONER

I, STANLEY A. SLUPKOWSKI FMC19289-083 declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes    ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. $9.00 MONTHLY VOL WORKSHOP FMC ROCHESTER MN., 55903-4000
   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends?    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes    ☐ No
   d. Gifts or inheritances?    ☐ Yes    ☒ No
   e. Any other sources? VA SERVICE CONNECTED ☐ Yes    ☒ No
   DISABILITY
   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: 525 PER MONTH VETERANS AFFAIRS SERVICE CONNECTED DISABILITY

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☒ Yes    ☐ No

   If the answer is yes, state the total value of the items owned: OVER $30,000.00 BANK OF AMERICA
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes    ☒ No

**RECEIVED**

If yes, describe the property and state its approximate value: _____

APR 2 5 2008

Clerk, U.S. District and
Bankruptcy Court
CV-67 (02/05)    PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

I, declare (or certify, verify or state) under penalty of perjury, that the foregoing is true and correct.

Executed on ___8 APR 2008___                         STANLEY A. SLUPKOWSKI PRO SE:
              _____              _____
                     Date                                   Signature of Petitioner

PETITIONER IS CIVILLY COMMITED AND IS NOT A PRISONER WITHIN THE MEANING
OF THE PRISON LITIGATION REFORM (PLRA), PETITIONER BEING DETAINED PURSUANT
TO 4241/4246 AND IS THEREFORE UNDER CIVIL COMMITMENT, NOT SUBJECT TO THE
REQUIREMENTS OF PLRA, REMEDES OF THREE STRIKE RULE OR REJECTION OF PETITIONS
MICHAU V CHARLESTON COUNTY SC, 434 F3D 725 (4th CIR 2006) 28:1915N14

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

*N/A*

_____

_____

_____

_____

_____

_____

_____

_____                         _____
        Date                                      Authorized Officer of Institution

                                              _____
                                                         Title of Officer

STANLEY A. SLUPKOWSKI

SSAN 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 VAC 29-750-637
FMC 19289-083 USMC 2051859

FEDERAL MEDICAL CENTER

P.O. BOX ROCHESTER MN., 55903-4000


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
NEW WASHINGTON, 20001-2802

STANLEY ANTHONY SLUPKOWSKI          ) CASE NO._____
                                     )
                PETITIONER,          ) CIVIL COMPLAINT PURSUANT TO 28:1331
                                     ) FEDERAL QUESTION
                V                    ) COMMITMENT ACTIONS PURSUANT TO 38:5501
                                     ) BACK PAYMENT FOR HOPISTAL STAY IN EXCESS
SECRETARY OF VETERANS AFFAIRS        ) OF 21 DAYS PURSUANT TO 38 CFR 4.29,
                                     ) RATE OF 100% MINUS 40% CURRENTLY PAYMENTS
                                     ) FROM 20 APR 1993 THRU RELEASE FROM
                                     ) HOSPITALIZATION OF BOTH FMC AND VA.,.
                                     ) RETIRED BY SECRETARY OF THE NAVY 4 MAY 77
                                     ) PURSUANT TO 10:6160 OVER TEN YEARS
                                     ) SERVICE DEPARTMENT OF THE NAVY (14 USMC)
                                     ) VETERANS AFFAIRS WAS ORDERED TO PROVIDE
                                     ) DISABILITY PAYMENTS AND TREATMENT AS
                                     ) SERVICE CONNECTED FROM 4 MAY 1977.
                                     ) DISABILITY SERVICE CONNECTED PURSUANT TO
                                     ) 38:109 SERVICE ALLIED ARMED FORCES (9)
                                     ) YEARS FRENCH FOREIGN LEGION 2½ WWII,
                                     ) 6½ FRENCH INDO CHINA.  FIRST AWARDED
                                     ) REGIONAL DIRECTOR VETERANS AFFAIRS IN
                                     ) CHICAGO IL., (536 S. CLARK ST., 60610)
                                     ) RECOVERY OF VETERANS AFFAIRS SERVICE
                                     ) CONNECTED DISABILITY FUNDS PAID TO
                                     ) BANK OF AMERICA WHICH BANK REFUSES TO
                                     ) PAY PETITIONER OR TURN FUNDS OVER BACK
                                     ) VETERANS AFFAIRS.

           A.   JURISDICTION

1)   STANLEY ANTHONY SLUPKOWSKI VAC 29-750-637, PRESENTLY RESIDES AT
     (PETITIONER)
     FMC 19289-083 BLDG 1-2, FEDERAL MEDICAL CENTER, P.O. BOX 4000
     ROCHESTER MN., 55903-4000

2)   DEFENDANT UNKNOWN
     PRESENTLY RESIDES AT 810 VERMONT AVENUE N.W. WASHINGTON D.C. 20420
     AND IS EMPLOYED AS THE SECRETARY OF VETERANS AFFAIRS.
     THE DEFENDANT IS ACTING IN HIS OFFICIAL CAPACITY AS AN EMPLOYEE OF



1

THE UNITED STATES.

## B NATURE OF THE CASE

1)  THE PETITIONER FIRST SERVED IN THE FRENCH FOREIGN LEGION FROM
1 APR 1944 THRU 1 SEP 1946, AND WAS SENT UNDER THE UNITED NATIONS
DISPLACED ORPHAN PROGRAM OF WWII SAME AS ACTOR AUDREY HEPBURN.  THE
PETITIONERS REAL NAME IS LEON KOZLOWSKI BORN TO ANNA A15083 A POLISH
PROSTITUTE IN AUSCHWITZ POLAND THEN TAKEN TO WARSAW GHETTO WHERE HE
SERVED IN THE FRENCH FOREIGN LEGION (POLISH RESISTANCE AND OTHER
RESISTANCE UNITS OF OTHER COUNTRIES ALLIED TO THE U.S. WERE UNDER THE
AUTHORITY OF THE FRENCH FOREIGN LEGION IN EUROPE DURING WORLD TWO) MS
AUDREY HEPBURN WAS WITH THE NETHERLANDS RESISTANCE MOVEMENTS.  THE
PETITIONER AND MS AUDREY HEPBURN WERE NOT DECLASSIFIED UNTIL 18 NOV
1997 FOR WORLD WAR II, FOR VIETNAM UNTIL 10 FEB 1996, BOTH PURSUANT TO
10:1130 (CONSIDERATION OF PROPOSALS FOR DECORATIONS NOT PREVIOUSLY
SUBMITTED IN TIMELY FASHION: PROCEDURES FOR REVIEW AND RECOMMENDATION)
2)  THE PETITIONER WAS FIRST AWARDED A SERVICE CONNECTED DISABILITY ON
2 JUL 1962 YOUNGEST COMBAT VETERAN TO RECEIVE A SERVICE CONNECTED
DISABILITY AT VETERANS AFFAIRS MEDICAL CENTER (LAKESIDE) CHICAGO IL.,.
THE AFEECTR 615 VAN BURN AVENUE CHICAGO IL., DISCOVERED THE PETITIONER
HAD ADDISON DISEASE (DIABETES AND TUBERCULOSIS) AND THE PETITIONER LOST
FLIGHT STATUS DUE TO THE DISEASE, AND WAS AWARDED A SERVICE CONNECTED
DISABILITY AND ALLOW CONTINTUTION IN SERVICE OF U.S. ARMY RESERVE OFFICER
CORPS TRAINING, NON PAY STATUS, NOT ALLOWED TO FLY UNLESS ACCOMPANIED BY
A ANOTHER PILOT THE HELICOPTERS ONLY HAD ONE PILOT, THEREFORE THE
PETITIONER COULD NOT FLY ALONE BECAUSE OF THE DISEASE.
3)  ON 23 AUG 1963 THE PETITIONER JOINED THE UNITED STATES MARINE CORPS
SERVED UNTIL 30 DEC 1977, OVER 14 YEARS 4 MONTHS AND SEVEN DAYS, THEN
WENT NAVAL CIVIL SERVICE FOR TWO YEARS, AND LEFT BECAUSE OF HEALTH
AND EDUCATION REASONS.  OVER TEN YEARS SERVICE DEPARTMENT OF THE NAVY
THE PETITIONER IS ENTITLED TO DISABILITY UNDER VETERANS AFFAIRS, THE
PETITIONER ALREADY HAD SERVICE CONNECTED DISABILITY UNDER DEPARTMENT OF
THE NAVY FOR ADDISON DISEASE DIABETES AND TUBERCULOSIS AWARDED 7 JUL 75.
PETITIONER WAS NOTIFIED OF TO BE DISCHARGED FROM USMC ON 4 MAY 1977, AND
DISCHARGED ON 30 DEC 1977, FIRST PAYMENTS OF SERVICE CONNECTED DISABILITY
ON 2 JAN 1978, STARTED NAVAL CIVIL SERVICE FLEET ANALYSIS CENTER CORONA
CA., ON 23 AUG 1978, PURSAUNT TO 10:6160.
4)  ON 4 MAY 1977, AND ON 15 FEB 1978 THE PETITIONER FILED FOR SERVICE
CONNECTED DISABILITY REVIEW IN DISTRICT OF COLUMBIA WITH USN/USMC JAG

2

SOCIAL SECURITY AND VETERANS AFFAIRS WITH AMBASSADORS OF FRANCE AND
ENGLAND PURSUANT TO 38:109 ALLIED SERVICE.   IN 31 YEARS THE DISTRICT
COURT HAS FAILED TO PROVIDE A CASE NO., AND DEFENDANTS FAILED TO RESPOND
TO ANY LETTERS OR PETITIONS.   THE AGENCIES HAVE FAILED TO TRANSFER ALL
OF THE PETITIONERS RECORDS WORLDWIDE TO DISTRICT OF COLUMBIA SINCE 4 MAY
1977, FOR PERNMENT DETENTION AND HEARING, AND SINCE 2 JAN 1961 TO
CONSOLIDATE ALL RECORDS FOR HEARING, NO RECORDS IN CA., IL., VA., ONLY
DISTRICT OF COLUMBIA THROUGH OUT ALL PROCEEDINGS.

5)   THE PETITIONER HAS HIS DIRECT DEPOSIT FOR THE SERVICE CONNECTED
DISABILITY SENT TO BANKS SINCE 1987, WITH THE TRANSFER OF BANKING
INSTITUTIONS DUE TO BUY OUTS, THE ACCOUNT ENDED UP WITH BANK OF AMERICA
THIS BANK FAILS TO RESPOND TO ANY DOCUMENTS TO TRANSFER FUNDS, PROVIDE
CHANGE OF ADDRESS FOR STATMENTS FOR THE PETITIONER. ON 15 JAN 2005, THE
PETITIONER HAS HIS DIRECT DEPOSIT SENT TO BUREAU OF PRISONS TRUST FUND
ACCOUNT IN DEMONIES IA.,  AND HAS BEEN TRYING TO GET MONEY RELEASED FROM
BANK OF AMERICA OFFICES, THE MAIL IS RETURNED REFUSED OR UNDELIVERABLE,
HAS NEVER BEEN ABLE TO GET ANY ANSWERS FROM BANK OF AMERICA.  PURSUANT
TO 38:5501 THE PETITIONER REQUEST TO BE COMMITED TO THE VETERANS AFFAIRS
FOR TREATMENT 38:5501 COMMITMENT ACTIONS (THE SECRETARY MAY INCUR NECESSARY
COURT COSTS AND OTHER EXPENSES INCIDENT TO PROCEEDINGS FOR THE COMMITMENT
OF MENTALLY INCOMPETENT VETERANS TO A DEPARTMENT HOSPITAL OR DOMICILIARY
WHEN NECESSARY FOR TREATMENT OR DOMICILIARY PURPOSES.  PURSUANT TO 38:5502
N14, (MANDAMUS PROCEEDINGS) IN MANDAMUS PROCEEDING AGAINST RECEIVER OF
INSOLVENT BANK TO COMPEL TRUNING OVER FUNDS, RESPRESENTATIVE OF GOVERNMENT
OR VETERANS AFFAIRS WAS REQUIRED TO BE BEFORE COURT HAMILTON V JAMES
(1936) 231 ALA 668 166 SO 425) THE PETITIONER HAS TWO ACCOUNTS IN THE
PURSUANT TO 5301 NONASSIGNABILITY AND EXEMPT STATUS OF BENEFITS:
(A) PAYMENTS OF BENEFITS DUE OR TO BECOME DUE UNDER ANY LAW ADMINITERED
BY THE SECRETARY SHALL NOT BE ASSIGNABLE EXCEPT TO THE EXTENT SPECIFICALLY
AUTHORIZED BY LAW, AND SUCH PAYMENTS MADE TO, OT ON ACCOUNT OF , A
BENEFICIARY SHALL BE EXEMPT FROM TAXATION, SHALL BE EXEMPT FROM THE
CLAIM OF CREDITORS, AND SHALL NOT BE LIABLE TO ATTACHMENT, LEVY, OR
SEIZURE BY OR UNDER ANY LEGAL OR EQUITABLE PROCESS WHATEVER, EITHER
BEFORE OR AFTER RECEIPT BY THE BENEFICIARY.  THE PRECEDING SENTENCE
SHALL NOT APPLY TO CLAIMS OF THE UNITED STATES ARISING UNDER SUCH LAWS
NOR SHALL THE EXEMPTION THEREIN CONTAINED AS TO TAXATION EXTEND TO ANY
PROPERTY PURCHASED IN PART OR WHOLLY OUT OF SUCH PAYMENTS.  THE PROVISIONS
OF THIS SECTION SHALL NOT BE CONSTRUED TO PROHIBIT THE ASSIGNMENT OF
INSURANCE OTHERWISE AUTHORIZED UNDER CHAPTER 19 OF THIS TITLE (38:1901)

3

OR OF SERVICEMENS INDEMNITY. FOR THE PURPOSES OF THIS SUBSECTION,
IN ANY CASE WHERE A PAYEE OF AN EDUCATIONAL ASSISTANCE ALLOWANCE HAS
HAS DESIGNATED THE ADRESS OF AN ATTORNEY IN FACT AS THE PAYEES ADDRESS
FOR THE PURPOSE OF RECEIVING A BENEFIT CHECK AND HAS ALSO EXECUTED A
POWER OF ATTORNEY GIVING THE ATTORNEY IN FACT AUTHORITY TO NEGOTIATE
SUCH BENEFIT CHECK, SUCH ACTION SHALL BE DEEMED TO BE AN ASSIGNMENT
AND IS PROHIBITED.

THE PETITIONER IS WITH BANK OF AMERICA OF DURHAM NC., HAS TRIED
TO CONTACT THE OFFICE SINCE 1999, TO TRANSFER FUNDS TO BUREAU OF PRISON
TRUST FUND ACCOUNT, TO UNITED STATES COURT OF FEDERAL CLAIMS FOR SECURITY
FUNDS ACCOUNT FOR LEGAL PROCEEDINGS, TRIED TO HAVE BUREAU OF PRISONS
TO TRANSFER FUNDS TO THE TRUST FUND ACCOUNT, NOTIFIED THE BANK OFFICES
IN VA AND FL., TO CHANGE ADDRESS, CLOSE ACCOUNTS, NO RESPONSE OR REFUSED
AND MANY OF TIMES RETURNED UNDELIVERABLE. ATTACHMENT (1) THE LAST
STATEMENT FROM THE BANK DATED 14 JUN 2007, FOR ACCOUNTS (A) INTEREST
CHECKING 0020 1133 6542 FOR 8,807.89, AND (B) MONEY MARKET SAVINGS
0019 2059 3971 FOR 21,559,.18, QUALIFYING BALANCE 30,367.07. (2) COPY
OF LETTER TO DEPARTMENT OF HOMELAND SECURITY WASHINGTON CONCERNING THE
BANK OF AMERICA OF FAILURE TO RELEASE FUNDS OR CHANGE OF ADDRESS, OR
TRANSFER FUNDS FROM THEIR CUSTODY TO BUREAU OF PRISON TRUST FUND ACCOUNT
DEMONIES IA.,. DTD 25 DEC 2007, TO THIS DATE NO RESPONSE FROM THE SECRET
SERVICE WASHINGTON D.C. CONCERNING THE BANK OF AMERICA SITUATION. THE
PETITIONER REQUEST THE GENERAL COUNSEL VETERANS AFFAIRS WASHINGTON D.C.
BRING BANK OF AMERICA OFFICE AT 535 MASSACHUSETTS AVENUE N.W. SEQ ET.,
WASHINGTON D.C.. FOR BANK OF AMERICA TO PAY ALL COURT COST, LEGAL FEES
ATTORNEY FEES, AND ASSOCIATED FEES IN ORDER TO RECOVER VETERANS AFFAIRS
FUNDS DIRECTED DEPOSITED IN THIS BANKING INSTITUTION WHO REFUSES TO
PROVIDE CHANGE OF ADDRESS RELEASE OF FUNDS AND CLOSING OF FUNDS. FOR
THE GENERAL COUNSEL VETERANS AFFAIRS TO PLACE THE FUNDS IN THE VETERANS
AFFAIRS GENERAL RELIEF FUND INTEREST FREE AND HOLD THESE FUNDS UNTILL
THE PETITIONER IS RELEASED FROM FEDERAL CIVIL COMMITMENT STARTING 20
APR 1993, NOT 2 JUN 1994, PETITIONER HAS BEEN UNDER COMMITMENT STATUS
FOR 15 YEARS NOT 14 YEARS A BUREAU OF PRISONS STATES. FOR THE GENERAL
COUNSEL TO VERIFY THE CUSTODY OF THE PETITIONER AS CIVIL COMMITED NOT
CONVICTED OR SENTENCED, AND IS ENTITLED TO 100% SERVICE CONNECTED
DISABILITY PAYMENTS FOR ANY STAY IN MEDICAL FACILITY OVER 21 DAYS, MINUS
40% THE PETITIONER IS CURRENTLY RECEIVING, TO DEPOSIT THIS FUNDS ALSO
IN THE VETERANS AFFARIS GENERAL RELIEF FUND INTEREST FREE UNTIL THE
PETITIONER IS RELEASED FROM CIVIL COMMITMENT STATUS.

6)   THE PETITIONER HAS BEEN TRYING TO HOLD THE SECRETARY OF NAVY
COURT BOARD OF NAVAL CORRECTIONS FOR RECORDS AND INJUSTICES PURSUANT
TO 10:1552 SINCE 4 MAY 1977.  WHILE ON ACTIVE DUTY THE PETITIONER HAD
A MYOCARDIAL INFRACTION 1 MAR 1973, BESIDES ADDISON DISEASE (DIABETES
AND TUBERCULOSIS), TWO ADDITIONAL MYOCARDIAL INFRACTIONS 25 DEC 1983,
VAMC LOMA LINDA CA., 14 JAN 1992 VAMC WASHINGTON D.C. ALSO HAS CARDIO-
VASCULAR DISEASE, AUTOIMMUNE DISORDER, MALABSORPTION, AND WITH THE
FRENCH FOREIGN LEGION AND U.S. MARINE CORPS IN VIETNAM WAS TREATED FOR
MALARIA, THE PROBLEM IS THE PETITIONER HAS BESIDES DIABETES(M) ALSO
(DIABETES INSIPIDUS, HYPOPITUITARISM AND HYPOTHALAMUS ALL CASUED BY
A SEVERED OR DAMAGED PITUITARY STALK FROM TUBERCULOSIS AND OR VIRUS),
WHICH IS MISDIAGNOSIS AS MARLARIA.  THE DIABETES(M) IS TO CONTROL DIABETES
(I), BUT WHEN THE URINE IS CLEAR DIABETES(I) IS IN CONTROL WHEN DIABETES(M)
IS IN CONTROL THE URINE IS DARK. THE HEARING IS WITH VETERANS AFFAIRS
SOCIAL SECURITY, DEPARTMENT OF THE NAVY AND MARINE CORPS PURSUANT TO
10:1552-1555, 38:CHAPTER 11 (SECTIONS 1110-1118), SOCIAL SECURITY 38:5317
SOCIAL SECURITY 42:417, AND BUREAU OF PRISONS 38:5317 IS TO PROVIDE
ALL RECORDS PERTAINING TO THE PETITIONER FOR HEARING.  THIS IS HOLDING
UP PROCEEDINGS IN CA.,.  BUREAU OF PRISONS STATES AGENT ORANGE IS STILL
HERE, I HAVE BEEN TELLING THE BUREAU OF PRISONS AGENT ORANGE NEVER DID
EXIST, UNDER VETERANS AFFAIRS IS CALLED HERBICIDE AGENTS, UNDER TITLE
7 GENERALLY § 136 TO 136Y INSECTICIDE, FUNGICIDE, AND RODENTICIDE ACT
AMENDMENTS. UNDER TITLE 42 INSECTICIDES AND ENVIRONMENTAL PEST CONTROL
COMPREHENSIVE ENVIRONMENTAL, RESPONSE, COMPENSATION, AND LIABILITY ACT
42:9607 FEDERAL AGENCIES UNDER CONTROL OF COMPLIANCE WITH POLLUTION CONTROL
STANDARDS APPLICABILITY TITLE 42:CHAPTER 55 SECTIONS 4321 4370F **NATIONAL
ENVIRONMENTAL POLICY**, THERE IS NO AGENT ORANGE OR HAS THERE EVER BEEN
AN, AGENT ORANGE.
7)   THE PETITIONER IS DISABLED SINCE DISCHARGE FROM THE UNITED STATES
MARINE CORPS, TRIED NAVAL CIVIL SERVICE FROM 23 AUG 1978 THRU 9 SEP 1980,
HAD TO LEAVE BECAUSE OF HEALTH (TRIED TO REEDUCATE BUT VETERANS AFFAIRS
WOULD NOT RESPOND FOR EDUCATION BENEFITS UNDER THE OLD G.I. BILL UNTIL
ATLANTA GA., ON 17 MAY 1987, HAD TO LEAVE ATLANTA GA., BECAUSE OF HEALTH
AND DENIAL OF COMMUICATIONS WITH WASHINGTON D.C. DEPARTMENT OF THE NAVY
AND OTHER AGENCIES FOR HEARING.  THE BIGGEST HEALTH PROBLEM OUTSIDE OF
CARDIOVASCULAR DISEASE WAS AND HAS BROUGHT THE PETITIONER MANY OF TIMES
IN VIETNAM, AND ELSEWHERE IS THE DIABETES INSIPIDUS, HYPOPITUITARISM
AND HYPOTHALAMUS.  THE PETITIONER HAS TO WORK, LIVE IN A CONTROLLED
ENVIRONMENT.  ALSO ENTITLED TO EARLY RETIREMENT FROM SOCIAL SECURITY,

AND HAS BEEN ON SOCIAL SECURITY SINCE 1984 JAN 20.

## CLAIMS

1) I ALLEGE THAT MY CLAIM(S) ARISES UNDER THE CONSITUTITION OR LAWS OF THE UNITED STATES AND THAT THE FOLLOWING FACTS FROM THE BASIS FOR MY ALLEGATIONS:

A) (1) COUNT 1: BANK OF AMERICA REFUSES TO RELEASE, CHANGE OF ADDRESS, PROVIDE SERVICES NEEDED TO SUBSTAIN LIFE, AND LEGAL PROCEEDINGS THE TRANSFER OF PETITIONER FUNDS, TO OTHER AGENCIES, AND TO THE PETITIONER BEARER UPON DEMAND, PURSUANT TO BANKING LAWS ESTABLISHED 5 JUL 1775, FIRST LAWS OF THE CONSTITUTIONAL CONGRESS. FOR THE COURT TO PROVIDE A WRIT OF DECISIONS OF THE SECRETARY; FINALITY PURSUANT TO 38:511:

(A) THE SECRETARY OF VETERANS AFFAIRS SHALL DECIDE ALL QUESTIONS OF LAW AND FACT NECESSARY TO A DECISION BY THE SECRETARY UNDER THE A LAW THAT AFFECTS THE PROVISION OF BENEFITS BY THE SECRETARY TO VETERANS OR THE DEPENDENTS OR SURVIVORS OF VETERANS. SUBJECT TO SUBSECTION (B), THE DECISION OF THE SECRETARY AS TO ANY SUCH QUESTION SHALL BE FINAL AND CONSCLUSIVE AND MAY NOT BE REVIEWED BY ANY OTHER OFFICIAL OR BY ANY COURT, WHETHER BY AN ACTION IN THE NATURE OF MANDAMUS OR OTHERWISE.

(B) IS OMITTED

FOR THE SECRETARY TO CLOSE THE BANK OF AMERICA ACCOUNTS OF THE PETITIONER ACCOUNTS (1) INTEREST CHECKING 0020 1133 6542 8,807.89 AND MONEY MARKET SAVINGS 0019 2059 3971 21,559.18 AND ANY ADDITIONAL INTEREST ACCURED SINCE 14 JUN 2007, STATEMENT ATTACHMENT TO THIS PETITION, AND PLACE THE FUNDS IN VETERANS AFFAIRS GENERAL RELEIF FUNDS WITHOUT INTEREST UNTIL THE PETITIONER IS RELEASED FROM CIVIL COMMITMENT UNDER BUREAU OF PRISONS FEDERAL MEDICAL CENTER ROCHESTER MN.,.

FOR THE SECRETARY OF VETERANS AFFAIRS TO VALIDATE THE CUSTODY OF THE PETITIONER TO THE CUSTODY OF THE U.S. ATTORNEY GENERAL CIVILLY COMMITED SINCE 20 APR 1993, FROM THE U.S. ATTORNEY GENERALS OFFICE IN WASHINGTON D.C. AND BACK PAY THE PETITIONER 100% SERVICE CONNECTED DISABILITY FOR BEING CIVILLY COMMITED OVER 15 YEARS MINUS THE 40% PAID EACH MONTH SINCE 20 APR 1993 THRU PRESENT, AND DEPOSIT THE FUNDS IN THE VETERANS AFFAIRS GENERAL RELEIF FUNDS UNTIL THE PETITIONER IS RELEASED FROM CUSTODY OF THE U.S. ATTORNEY GENERAL CIVILLY COMMITED, PURSUANT TO 38 CFR 4.29 ANY VETERAN IN HOSPITALIZATION STATUS OVER 21 DAYS RECEIVES 100% SERVICE CONNECTED DISABILITY PAYMENTS UNTIL OTHER CHANGES IN ENTITLEMENTS IS AUTHORIZED.

THERE ARE NO SUPPORTING FACTS IN COUNT 1.

B) COUNT 2: THE PETITIONER SINCE 20 APR 1993, REQUESTED TRANS-
FER TO VETERANS AFFAIRS MEDICAL CENTER WASHINGTON D.C. 50 IRVING STREET
WASHINGTON D.C. 20001 WHERE THE PETITIONER WAS IN TREATMENT SINCE HIS
DISCHARGE FROM THE UNITED STATES MARINE CORPS AT MARINE CORPS DEVELOPMENT
AND EDUCATION COMMAND QUANTICO VA., BEFORE GOING NAVAL CIVIL SERVICE.
THE COURT TOOK UNTIL 7 FEB 2008 TO FINALLY PLACE IN WRITTING THE DENIAL
OF TRANSFER OF THE PETITIONER TO THE VETERANS AFFAIRS, PRIORLLY ON 5
DEC 2007, WAS THE FIRST TIME THE COURT VERBALY DENIAL OF TRANSFER TO
VETERAN AFFAIRS, PURSUANT TO 38:5501 THE PETITIONER HAS NOTIFIED THE
VETERANS AFFAIRS OF HIS SITUATION TO REGIONAL OFFICES DURHAM NC., CHICAGO
IL., WASHINGTON D.C. WITH NO RESPONSE.  VETERANS DANGEROUS TO SELF AND
OTHERS AND ALL CHARGES DISMISSED NOT DUE TO MENTAL CONDITION WILL BE
RELEASE, TO SELF, STATE, OR VETERANS AFFAIRS, PURSUANT TO 18:4246(G),
THE PETITIONERS PENDING INDICTMENT WAS DISMISSED WITHOUT PREJUDICE (WHICH
IS NOT DUE TO MENTAL CONDITION) ON 14 JUN 1994.  THE PETITIONER WAS TO
HAVE A RELEASE HEARING PURSUANT TO 18:4247 AND VITEK V JONES FOR INVOLUNT-
ARY TREATMENT AND RELEASED TO THE VETERANS AFFAIRS IN CHICAGO IL., THE
HEARING NEVER TOOK PLACE.  THE PETITIONER WAS ILLEGALLY COMMITED AGAIN
AS 4241 AND INDEFINITE COMMITED 4246 BOTH WITHOUT TRIAL OR ANY LEGAL
PROCEEDINGS.  PURSUANT TO 38:5501 FOR THE COURT TO ORDER THE SECRETARY TO
COMMITMENT ACTIONS, THE SECRETARY MAY INCUR NECESSARY COURT COSTS AND
OTHER EXPENSES INDCIDENT TO PROCEEDINGS FOR THE COMMITMENT OF MENTALLY
INCOMPETENT VETERANS TO DEPARTMENT HOSPITAL OR DOMICILIARY WHEN NECESSARY
FOR TREATMENT OR DOMICILIARY PURPOSES.
(A) THE SECRETARY OF VETERANS AFFAIRS SHALL DECIDE ALL QUESTIONS OF
LAW AND FACT NECESSARY TO A DECISION BY THE SECRETARY UNDER THE A LAW
THAT AFFECTS THE PROVISION OF BENEFITS BY THE SECRETARY TO VETERANS OR
THE DEPENDENTS OR SURVIVORS OF VETERANS.  SUBJECT TO SUBWECTION (B), THE
DECISION OF THE SECRETARY AS TO ANY SUCH QUESTION SHALL BE FINAL AND
CONSCLUSIVE AND MAY NOT BE REVIEWED BY ANY OTHER OFFICIAL OR BY ANY
COURT, WHETHER BY AN ACTION IN THE NATURE OF MANDAMUS OR OTHERWISE.
(B)  IS OMITTED
FOR THE SECRETARY OF VETERANS AFFAIRS TO PROVIDE A DECISION OF
TREATMENT AND REMOVE THE PETITIONER FROM THE CUSTODY OF THE U.S. ATTORNEY
GENERAL CUSTODY CIVILLY COMMITED, TO THE VETERANS AFFAIRS FOR CONTINTUTION

OF MEDICAL TREATMENT, THE PETITIONER IS ALSO UNDER TREATMENT OF
SOCIAL SECURITY, AND BUREAU OF PRISONS AS PRESCRIBED BY VAMC WASHINGTON
D.C. TO INCLUDE HYPOTHYROIDISM, HYPOPARATHYROIDISM, ISCHEMIA OF THE
LOWER AND UPPER EXTREMITIES, ACROEDEMA, ACROMEGALY (FROM CHILDHOOD MOST
INDIVIDUALS HAVE IT IN MIDDLE AGED) CENTRAL NERVOUS SYSTEM PART OF THE
AUTOIMMUNE DISORDER, (THE VETERANS AFFAIRS AND MILITARY IS JUST ACCEPTING
THIS DISORDER), HAS NEUROLOGICAL PROBLEMS NOT PSYCHIATRIC PROBLEMS.
BUREAU OF PRISONS DOES NOT PROVIDE TREATMENT FOR HORMONE PROBLEMS OR
PROBLEMS CAUSED BY HORMONES, TUBERCULOSIS OUTSIDE OF THE LUNGS, OR
VIRUS OR PROBLEMS CAUSED BY VIRUS.  BUREAU OF PRISONS DOES NOT RECOGNIZE
NEUROLOGICAL PROBLEMS.  BUREAU OF PRISONS BELEIVES THE CURE ALL TO ALL
MEDICAL PROBLEMS IS PSYCHOTROPIC MEDICATIONS, DIET AND EXERCISE IS THE
THE CURE, PLUS RECHARGING THE BATTERIES.  ALL BUREAU OF PRISONS MEDICAL
FACILITIES, TO INCLUDE CAMPS, LOWS, MEDIUMS, MEDIUMS HIGHS, USP, ARE
NURSING FACILITIES BY JOINT COMMISSION ON ACCREDITATION OF HEALTH CARE
ORGANIZATIONS.  (SAME AS HEALTH CARE CENTER (LAKESIDE) CHICAGO IL.,
PRIORLLY VETERANS AFFAIRS MEDICAL CENTER), BUTNER NC., IS SUPPORTED
BY THE (3 RD RATED) DUKE UNIVERSITY, WASHINGTON D.C. MARYLAND AND VIRGINIA
FEDERAL FACILITIES BY (2 ND  RATED) JOHN HOPKINS, AND ROCHESTER MN.,
BY (1 ST RATED MAYO CLINIC) VETERANS AFFAIRS HEALTH CARE CENTER HAS
THE SAME POSSIBILITY OF ANY BUREAU OF PRISON HEALTH CARE CENTER, BUT
IS CALLED MANY OTHER NAMES LIKE FEDERAL MEDICAL CENTER, AND DOES NOT
HAVE THE ABILITY OF BEING A HOSPITAL AND HAS TO BE SUPPORTED BY A ANOTHER
CERTIFIED FACILITY HOSPITAL BY THE STATE AND SECRETARY OF HEALTH AND
HUMAN SERVICES.  MAYO, DUKE AND HOPKINS CAN CERTIFY HOSPITALS, NO ONE
AGENCY WILL EVER CERTIFY ANY BUREAU OF PRISONS FACILITIES AS A MEDICAL
CENTER THE MOST HEALTH CARE OR NURSING HOME OR HOSPICE.

THERE ARE NO SUPPORTING FACTS IN COUNT 2


    C)  COUNT 3:  FOR THE SECRETARY OF VETERANS AFFAIRS TO SET UP
THE DISABILITY REVIEW HEARING OF STANLEY A. SLUPKOWSKI 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
USMC GUNNERY SERGEANT AS FILED 4 MAY 1977, DD-149 WITH SECRETARY OF
THE NAVY, U.S. MARINE CORPS, VETERANS AFFAIRS, SOCIAL SECURITY, AND
WASHINGTON D.C. POLICE DEPARTMENT (THE POLICE DEPARTMENT BELEIVE THEY
SHOULD BE INVOLVED IN ALL DISABILITY HEARINGS).  THE DISABILITY REVIEW
HEARING IS PURSUANT TO 10:1552, 38:109, 38:1110-38:1118, 38:5317, 42:417
AND 10:6160.  THE HEARING IS COMMITTEE 5 ECHO E OF THE SECRETARY OF

NAVY COURT FOR THE CORRECTIONS OF MILITARY RECORDS AND INJUSTICES,
OF OPERATION RED HERRING.  UPON NOTICE AUTHORIZING THE SECRETARY OF
VETERANS AFFAIRS TO HOLD THE HEARING IN DISTRICT OF COLUMBIA DISTRICT
COURT.  THE PETITIONER WILL SUBMIT THE PETITIONS TO THE DISTRICT COURT
OF DISTRICT OF COLUMBIA WITH COPIES TO SECRETARY OF VETERANS AFFAIRS,
SOCIAL SECURITY WASHINGTON D.C. JUDGE ADVOCATE GENERAL USN FOR REPRESENT-
ATIVES OF BOTH NAVY AND MARINE CORPS TO ATTEND AND WASHINGTON D.C. POLICE
DEPARTMENT.  BUREAU OF PRISONS AND PUBLIC HEALTH SERVICES HAS NEVER
OR WILL EVER BE INVOLVED IN THIS PROCEEDING THIS IS A DEPARTMENT OF THE
NAVY PROCEEDINGS PURSUANT TO 10:1552.  PUBLIC HEALTH IS NOT PART OF THE
NAVY UNTIL THEY ARE ON ACTIVE DUTY WITH THE DEPARTMENT OF THE NAVY LIKE
THE U.S. COASTGUARD, IS NOT PART OF THE NAVY UNLESS PART OF OF THE ACTIVE
DUTY NAVY, THIS WILL ONLY TAKE PLACE IN TIME OF WAR OR NATIONAL EMERGENCY.

  (2) SUPPORTING FACTS THIS IS NOT A PRISON LITIGATION REFORM ACT
PROCEEDING NOR IS COMMITTEE 5 ECHO E DISABILITY REVIEW HEARING.  PURSUANT
TO 28:1915N14 WHO IS "PRISONER" PRISONER LITIGATION REFORM ACTS ARE NOT
APPLICABLE TO RELEASED PRISONERS, CIVILLY COMMITED, DETAINEES OF NIS.
AGREEING WITH OTHER CIRCUITS, COURT FOUND PRISON LITIGATION REFORM ACTS
(PLRA) STRAIGHTFOWARD DEFINITION OF "PRISONER" TO APPLY ONLY TO PERSONS
INCARCERATED AS **PUNISHMENT** FOR CRIMINAL CONVICTION; **CIVIL DETAINEE** SIMPLY
DOESNOT FALL UNDER 28:1915'S DEFINITION OF "PRISONER" BY WHICH STATUTE
MEANS PERSON INCARCERATED FOR VIOLATIONS OF CRIMINAL LAW LAW OR TERMS
AND CONDITIONS OF PAROLE, PROBATION, PRETRIAL RELEASE, OR DIVERSIONARY
PROGRAM, AND CIVIL DETENTION IS BY DEFINITION **NON-PUNITIVE**.  TROVILLE
V VENZ (2002, CA11 FLA) 303 F3D 1256, 15 FLW FED C 950.  FEE REQUIREMENTS
OF PRISON LITIGATION REFORM ACT DO NOT APPLY TO RESIDENT ALIENS PETITION
FOR REVIEW OF DEPORTATION ORDER BECAUSE INCARCERATED ALIEN FACING
DEPORTATION IS NOT "PRISONER" FOR PURPOSE OF PLRA.  LAFONTANT V INS
(1998 APP DC) 328 US APP DC 359 135 F3D 158.  PETITIONER WHO WAS CIVILLY
COMMITTED UNDER CALIFORNIA'S SEXUALLY VIOLENT PREDATORS ACT WAS NOT
"PRISONER" SUBJECT TO PRISON LITIGATION REFORM ACT'S FINANCIAL REPORTING
AND EXHAUSTION REQUIREMENTS. PAGE V TORREY (2000 CA9 CAL) 201 F3D 1136
2000 CDOS 355 2000 DAILY JOURNAL DAR 489.  INMATE AT MENTAL INSTITUTION,
WHO WAS BEING HELD PURSUANT TO FINDING HTAT HE WAS NOT GUILTY BY REASON
OF INSANITY, WAS NOT PRISONER WITHIN MEANING OF PRISON LITIGATION REFORM
ACT, SUBJECTING HIM TO INMATE-ACCOUNTING PROCEDURES OR THREE STRIKE RULE;
RATHER HE WAS MENTAL HEALTH PATIENT.  KOLOCOTRONIS V MORGAN (2001 CA8
MO) 247 F3D 726 49 FR SERV 3D 3.  *9*

IN THE HOUSE OF
STANLEY ANTHONY SLUPKOWSKI STANLEY ANTHONY POST
FMC 19289-083 SSAN 320 38 1293 VAC 29 750 637
FEDERAL MEDICAL CENTER BLDG 1-2
P.O. BOX 4000 ROCHESTER MN 55903-4000

CERTIFIED MAIL 7007 0710 0003 9322 4696          25 DEC 2007
RETURN RECEIPT REQUESTED                          5600
                                                  SAS:sas

FROM:  STANLEY A. SLUPKOWSKI

TO:    DIRECTOR UNITED STATES SECRET SERVICE
       DEPARTMENT OF HOMELAND SECURITY
       "950 "H" STREET N.W.
       WASHINGTON D.C. 20001

SUBJ:  BANK FRAUD AGAINST BANK OF AMERICA FOR OVER $30,000.00
       ACCOUNTS OF STANLEY A. SLUPKOWSKI NUMBERS 0020 1133 6542
       AS OF 14 JUN 2007, 8,807.89 AND 0019 2059 3971 AS OF 14 JUN
       2007 21,559,.18, AS PER ATTACHED BANK STATMENT OF 14 JUN 2007.

ENCL:  (1) BANK STATEMENT BOA OF 14 JUN 2007, FOR ACCOUNTS LISTED
       IN SUBJECT.

       (2) COPY OF BOV LTR OF 1 NOV 2007, FOR INFORMATION ON ACCOUNTS

1.  COPY OF THIS DOCUMENT IS BEING SENT TO BANK OF AMERICA CUSTOMER
SERVICE AND SUPPORT , P.O. BOX 25118 TAMPA FL 33622 FOR THIRD TIME
SINCE 14 JUL 2007 TO CHANGE ADDRESS FROM FEDERAL MEDICAL CENTER,
BUTNER NC., TO:

                STANLEY A. SLUPKOWSKI
                FMC 19289-083 BLDG 1-2
                FEDRAL MEDICAL CENTER
                P.O. BOX 4000
                ROCHESTER MN., 55903-4000

2.  FAILURE OF BANK OF AMERICA TO PROVIDE CHANGE OF ADDRESS FOR THE
PETITIONER, THE PETITIONER REQUEST THE SECRET SERVICE ASSIST THE
PETITIONER IN CLOSING THE ACCOUNTS AND TRANSFERING THE FUNDS TO THE
BUREAU OF PRISONS:

                STANLEY A. SLUPKOWSKI
                FMC 19289-083
                FBOP MONEY ACCOUNT
                P.O. BOX 474701
                DES MONIE IA 50947-0001

3.  SECOND NOTICE OF CHANGE OF ADDRES SUBMITTED 21 AUG 2007, THIRD
NOTICE SENT 21 OCT 2007, WITH CORRECTION INFORMATION AS PER ENCLOSURE
(2) OF THIS PETITION.  THE PETITIONER WILL GIVE BANK OF AMERICA UNTIL
25 JAN 2008, TO PROVIDE ADDRESS CHANGE OR THE SECRET SERVICE TO CLOSE
THE ACCOUNT OR CHARGE BANK OF AMERICA FOR BANK FRAUD.

                        _Stanley A. Slupkowski_
                        STANLEY A. SLUPKOWSKI

                            10

CC:  BOA TAMPA FL.,.



**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
05-16-07 through 06-14-07
B 09  8 I P PI  9          0000132

Account Number: 0020 1133 6542

15357 801 SCM999 I1  4 0
STANLEY A SLUPKOWSKI
OLD HWY 75
PO BOX 1600
BUTNER NC 27509-4600

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.
Enroll at www.bankofamerica.com.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:      Or you may write to:
1.800.432.1000 Priority Telephone Banking                Bank of America, N.A.
1.800.288.4408 TDD/TTY Users Only                        P.O. Box 25118
1.800.688.6086 En Español                                Tampa, FL 33622-5118

## Important information regarding your debit card transactions

Effective 8/10/07, when we approve a request from a merchant to authorize a debit card transaction from your account, we may reduce the available balance in your account by the amount requested by the merchant. Your remaining available balance must be sufficient to cover checks, debits and other items that post to your account, or you may incur overdraft or returned item fees. This amends your debit card agreement with us. Questions: please call the number on your statement.

## Fund your education with more flexibility and freedom.

The Education Maximizer® student loan from Bank of America is an affordable and convenient way to supplement federal loans & aid for college. Take advantage of competitive rates and flexible terms to cover your education-related expenses, including tuition, room & board and supplies. Learn more or apply now at bankofamerica.com/edmax. Or call 1.800.973.3139

*11*

STANLEY A SLUPKOWSKI

Page 2 of 3
Statement Period
05-16-07 through 06-14-07
B 09 8 I P PI  9

Account Number: 0020 1133 6542

## Deposit Accounts

## Interest Checking

### STANLEY A SLUPKOWSKI

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | 0020 1133 6542 | |
| Beginning Balance on 05-16-07 | $ 8,807.89 | |
| Deposits and Other Additions | + 0.36 | *Annual Percentage Yield Earned this Statement* |
| Ending Balance on 06-14-07 | $ 8,808.25 | *Period: 0.05%* |
| | | *Interest Paid Year to Date: $2.21* |

### Your Advantage Pricing Relationship

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Interest Checking | 0020 1133 6542 | 8,807.89 | Average | 06-13 |
| Money Market Savings | 0019 2059 3971 | 21,559.18 | Average | 06-13 |
| | Total Qualifying Balance $30,367.07 | | | |

Thank you for banking with us. The monthly maintenance fee was waived this statement cycle because you are an Advantage customer who maintained a qualifying balance.

### Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 06-14 | 0.36 + | 8,808.25 | Interest Earned |

### Daily Balance Summary

| Date | Balance($) | Date | Balance($) |
|---|---|---|---|
| Beginning | 8,807.89 | 06-14 | 8,808.25 |

12

**Bank of America**

Bank of America
Customer Service and Support
P.O. Box 25118
Tampa, FL 33622

November 1, 2007

STANLEY A SLUPKOWSKI
FMC 19289-083 BLDG 1-2
FEDERAL MEDICAL CENTER
ROCHECTER MN 55903-4000

Account Number Ending In: 3971

Thank you for writing Bank of America.

We are in receipt of your request to provide you with a (copy of your statement or copy of a check or account information). However, we are unable to mail account information to an address other than what is on record. If you would like to update your address, please mail us a letter indicating the full address including your unit number. This letter must be signed by you and notarized. *NOT AVAILABLE IN BOP FACILITIES*

If you have access to the internet, you can set up online banking. You will be able to access your account through WWW.BANKOFAMERICA.COM. We have enclosed a brochure about online banking.

We value your business and want to provide the best service. However, please remember that your mail may be opened prior to it reaching you.

Thank you for banking with Bank of America.

*Cheryl Howard*

Cheryl Howard

Bank of America

FIRST ENDORSEMENT: RETURN RECEIPT REQUESTED
                   CERTIFIED MAIL 7007071000039322  19 NOV 2007
FROM: STANLEY A. SLUPKOWSKI, FMC 19289-083 BLDG 1-2, FEDERAL MEDICAL
      CENTER ROCHESTER MN., 55903-4000
TO:   BANK OF AMERICA CUSTOMER SERVICE AND SUPPORT P.O. BOX 25118
      TAMPA FL., 33622
SUBJ: CHANGE OF ADDRESS FROM FMC BUTNER NC., TO FMC ROCHESTER MN.,.

1.  ENCLOSED ARE THREE DOCUMENTS (1) CHANGE OF ADDRESS DTD 21 AUG 2007,
(2) CHANGE OF ADDRESS DTD  24 OCT 2007, (3) BANK STATEMENT OF 14 JUN 2007.

/3

(3) SUPPORTING FACTS, NO MEMBER OF PUBLIC HEALTH SECRETARY OF
HEALTH AND HUMAN SERVICES, ANY MEMBER OF BUREAU OF PRISONS TO INCLUDE
DEPARTMENT OF PROBATION (SOCIAL WORKERS), HAVE NOTHING TO SAY OR HAS
THE RIGHT TO DENIAL OF THIS PROCEEDINGS, THIS PROCEEDINGS IN THIS
PETITION PERTAINS TO THE DEPARTMENT OF THE UNITED STATES NAVY AND
VETERANS AFFAIRS PURSUANT TO 10:6160 AND 10:1552.

## REQUEST FOR RELIEF

1) I BELIEVE THAT I AM ENTITLED TO THE FOLLOWING RELIEF:
   A) RECOVERY OF VETERANS AFFAIRS DISABILITY FUNDS PAID TO PETITIONER
HELD IN BANK OF AMERICA 535 MASSACHUSETTS AVENUE N.W. WASHINGTON D.C.
SEQ ET.,. IN ACCOUNTS OF INTEREST CHECKING 0020 1133 6542 8,807.89 AND
MONEY MARKET SAVINGS 0019 2059 3971 21,559.18 PLUS ANY ADDITIONAL INTEREST
SINCE 14 JUN 2007. PLACE THESE FUNDS IN VETERANS AFFAIRS GENERAL RELIEF
FUNDS INTEREST FREE, UNTIL THE CIVIL COMMITMENT IS ENDED OR THE PETITIONER
IS IN CUSTODY OF THE VETERANS AFFAIRS. FOR BANK OF AMERICA TO PAY ALL
FILING FEES, COURT COST, ATTORNEY FEES FOR THE RECOVERY OF VETERANS
AFFAIRS PAID DISABILITY FUNDS TO THE PETITIONER STANLEY A. SLUPKOWSKI
SSAN 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, MOTHERS MADIAN NAME GLORIA (SOMAN) SLUPKOWSKI (SLUPKO).

2) FOR THE SECRETARY TO VALIDATE THE CUSTODY OF THE PETITIONER TO THE
CUSTODY OF U.S. ATTORNEY GENERAL FOR CIVILLY COMMITMENT (MENTAL HEALTH)
FROM 20 APR 1993, THRU PRESENT AND TO BE NOTIFIED OF TERMINATION OF
COMMITMENT, FOR THE SECRETARY PURSUANT TO 38 CFR 4.29 FOR ANY SERVICE
CONNECTED DISABILITY PLACED IN INSTITUTION FOR TREATMENT IN EXCESS OF
21 DAYS TO BE PAID 100% SERVICE CONNECTED PAYMENTS MINUS 40% ALREADY
PAID THE PETITIONER, FOR EACH MONTH SINCE 20 APR 1993 THRU RELEASE.
THE PETITIONER WAS AT FEDERAL CORRECTION INSTITUTION MEDIUM, MENTAL
HEALTH, FEDERAL MEDICAL CENTER BOTH OF BUTNER NC., FEDERAL MEDICAL
CENTER ROCHESTER MN., AND PRIOR TO FCI BUTNER NC., ALEXANDRIA VA.,
DETENTION CENTER AS COMMITED 18:4241 HIGH RISK INDIVIDUAL PURSUANT TO
18:3164 THEN SUSPECTED TERRORIST PURSUANT TO 8:1226A. TO PLACE THE
BACK PAYMENTS IN VETERANS AFFAIRS GENERAL RELEIF FUND INTEREST FREE
UNTIL THE PETITIONER IS RELEASED FROM CIVILLY COMMITED CUSTODY OF THE
U.S. ATTORNEY GENERAL.

3) FOR THE DISTRICT COURT TO FINALLY TO AUTHORIZE THE DISABILITY

14

REVIEW HEARING FOR SERVICE CONNECTED DISABILITY PURSUANT TO 10:1552,
38.109, 38:1000-38:1118, 10:6160 (DEPARTMENT OF THE NAVY RETIREMENT
FOR OVER TEN YEARS SERVICE DEPARTMENT OF THE NAVY, PETITIONER SERVED
OVER 14 YEARS ACTIVE DUTY U.S. MARINE CORPS), 42:417 (VETERANS BENEFITS)
THIS IS COMMITTEE 5 ECHO E OF SECRETARY OF THE NAVY COURT RED HERRING
SUBMITTED SINCE 4 MAY 1977, THRU PRESENT.  THE HOLD UP OF PROCEEDINGS
IN CA., IS THE FAILURE OF THE DISTRICT OF COLUMBIA DISTRICT COURT TO
HOLD PROCEEDINGS, WHICH ARE NEEDED TO BE FINALLIZED BEFORE ANY HEARING
IS HELD IN CA.,.  WHEN THE DISTRICT COURT ASSIGNS THIS PETITION WITH
A CASE NUMBER THEN THE PETITIONER WILL SEND REFILING OF COMMITTEE THE
DISABILITY REVIEW OF THE PETITIONER.  ATTENDING THE PROCEEDING IS
DEPARTMENT OF THE NAVY, U.S. MARINE CORPS, VETERANS AFFAIRS, SOCIAL
SECURITY, AND WASHINGTON D.C. POLICE DEPARTMENT.  THIS PROCEEDING CAN
NEVER BE HELD IN CA., IL., VA., NC., MN., OR ANY OTHER STATE OUTSIDE
THE DISTRICT OF COLUMBIA.  THE SECRETARY OF THE NAVY IS LOCATED IN THE
DISTRICT OF COLUMBIA NOT ANY WHERE ELSE.  BUREAU OF PRISON, PUBLIC
HEALTH SERVICE, CANNOT ATTEND THE PROCEEDING, NOR CAN THE SECRETARY
OF HEALTH AND HUMAN SERVICE INTERFER WITH THE PROCEEDINGS.  THE
SECRETARY OF THE NAVY HEARING, NOT PUBLIC HEALTH, NOT BUREAU OF PRISONS
NOT SECRETARY OF HEALTH AND HUMAN SERVICES.  AMBASSADORS OF FRANCE
AND ENGLAND MAY ALSO BE ATTENDING THE PROCEEDINGS.

4)  PURSUANT TO 10:1130, CONSIDERATION OF PROPOSALS FOR DECORATIONS
NOT PREVIOUSLY SUBMITTED IN TIMELY FASHION: PROCEDURES FOR REVIEW AND
RECOMMENDATIONS:

(A)  UPON REQUEST OF A MEMBER OF CONGRESS, THE SECRETARY CONCERNED
SHALL REVIEW A PROPOSAL FOR THE AWARD OR PRESENTATION OF A DECORATION
(OR THE UPGRADING OF A DECORATION), EITHER FOR AN INDIVIDUAL OR A
UNIT, THAT IS NOT OTHERWISE AUTHORIZED TO BE PRESENTED OR AWARDED DUE
TO LIMITATIONS ESTABLISHED BY LAW OR POLICY FOR TIMELY SUBMISSION OF

15

OF A RECOMMENDATION FOR SUCH AWARD OR PRESENTATION. BASED UPON SUCH REVIEW, THE SECRETARY SHALL MAKE A DETERMINATION AS TO THE MERITS OF APPROVING THE AWARD OR PRESENTATION OF THE DECORATION AND THE OTHER DETERMINATIONS NECESSARY TO COMPLY WITH SUBSECTION (B)

(B) UPON MAKING A DETERMINATION UNDER SUBSECTION (A) AS TO THE MERITS OF APPROVING THE AWARD OR PRESENTATION OF THE DECORATION, THE SECRETARY CONCERNED SHALL SUBMIT TO THE COMMITTEE ON ARMED SERVICES OF THE SENATE AND THE COMMITTEE ON NATIONAL SECURITY OF THE HOUSE OF REPRE- SENTATIVES AND TO THE REQUESTING MEMBER OF CONGRESS NOTICE IN WRITING OF ONE OF THE FOLLOWING:

(1) THE AWARD OR PRESENTATION OF THE DECORATION DOES NOT WARRANT APPROVAL ON THE MERITS.

(2) THE AWARD OR PRESENTATION OF THE DECORATION WARRANTS APPROVAL AND A WAIVER BY LAW OF TIME RESTRICTIONS PRESCRIBED BY LAW IS RECOMMENDED.

(3) THE AWARD OR PRESENTATION OF THE DECORATION WARRANTS APPROVAL ON THE MERITS AND HAS BEEN APPROVED AS AN EXCEPTION TO POLICY.

(4) THE AWARD OR PRESENTATION OF THE DECORATION WARRANTS APPROVAL ON THE MERITS, BUT A WAIVER OF THE TIME RESTRICTIONS PRESCRIBED BY LAW OR POLICY IS NOT RECOMMENDED.

A NOTICE UNDER PARAGRAPH (1) OR (4) SHALL BE ACCOMPANIED BY A STATMENT OF THE REASONS FOR THE DECISION OF THE SECRETARY. MILITARY INTELLIGENCE PERSONNEL PREVENTED BY SECRECY FROM BEING CONSIDERED FOR DECORATIONS AND AWARDS, ACT FEB 10, 1996, DECLASSIFIED MILITARY INTELL- IGENCE DUTIES DURING THE PERIOD BEGINNING ON JANUARY 1, 1940 AND ENDING ON DECEMBER 31, 1990. MANY INDIVIDUALS WERE NOT INFORMED OF THE DECLASSIFICATION OF INTELLIGENCE OPERATIONS UNTIL 2004, 14 YEARS AFTER THEY WERE DECLASSIFIED.

"IT IS REQUESTED THE SECRETARY OF VETERANS AFFAIRS PURSUANT TO 38:109 BENEFITS FOR DISCHARGED MEMBERS OF THE ALLIED FORCES (C)(1)

16

ANY PERSON WHO SERVED DURING WORLD WAR II AS A MEMBER OF ANY ARMED FORCE OF THE GOVERNMENT OF CZECHOSLOVAKIA OR POLAND AND PARTICIPATED WHILE SO SERVING IN ARMED CONFLICT WITH AN ENEMY OF THE UNITED STATES AND HAS BEEN A CITIZEN OF THE UNITED STATES FOR AT LEAST TEN YEARS SHALL BY BY VIRTUE OF SUCH SERVICE, AND UPON SATISFACTORY EVIDENCE THEREOF, BE ENTITLED TO HOSPITAL AND DOMICILIARY CARE AND MEDICAL SERCICES WITHIN THE UNITED STATES UNDER CHAPTER 17 OF THIS TITLE 38. FOR THE SECRETARY OF VETERANS AFFAIRS TO AUTHENTICATED CERTIFICATION FROM THE FRENCH MINISTRY OF DEFENSE OR THE BRITISH WAR OFFICE AS TO RECORDS IN EITHER SUCH OFFICE WHICH CLEARKY INDICATED MILITARY SERVICE.

FOR THE SECRETARY OF VETERANS AFFAIRS TO CONTACT THE AMBASSADORS OF FRANCE, ENGLAND, CANADA, NETHERLANDS, FOR THE SERVICE OF SERVICE OF ACTOR AUDREY HEPBURN IN THE NETHERLANDS RESISTANCE (FRENCH FOREIGN LEGION DURING WWII WAS THE ONLY TIME WOMEN WERE ALLOWED IN THE LEGION AS PART OF ANY RESISTANCE UNITS IN EUROPE), BETWEEN THE PERIOD OF 1940 THRU 1945 MS HEPBURN WAS PART OF THE NETHERLANDS RESISTANCE, FROM AGE 11 THRU 16 KILLED OVER 86 GERMANS, EVACUATED, TENS OF THOUNSANDS MEMBERS OF FLIGHT CREWS OF DOWN ALLIED AIRCRAFT, SUPPLIED INTELLIGENCE INFOR-MATION THRU OUT THE WAR TO ALLIED UNITS, RESPONSIBLE FOR INFORMATION FOR THE DISPLACEMENTS OF GERMANS UNITS, IN GERMANY, NETHERLANDS, BELGIAN FRANCE, AND OTHER COUNTRIES FOR THE ALLIED INVASION OF NORMANDY 6 JUN 44. TOOK HER OWN FOOD AND GAVE TO OTHER RESISTANCE UNITS AND FED ALLIED DOWN FLIGHT CREWS WITH HER OWN FOOD, WHICH CAUSED HER EARLY DEMISED DUE TO CHILDHOOD MALNUTRITION, PAST AWAY AT AGE 63 DUE TO CANCER, 1993. SERVED AS AMBASSADOR TO THE UNITED NATIONS FOR THE PREVENTION OF CHILDREN SOLIDERS, SUFFERING OF CHILDREN DUE TO WAR, OF THEIR OWN COUNTRIES. FOR HER SERVICE WITH THE ALLIED ARMED FORCES DURING WORLD WAR II WAS ALLOWED TO COME TO THE STATES UNDER THE UNITED NATIONS DISPLACE PERSONS ORPHAN PROGRAM OF WWII. FOR THE SECRETARY OF VETERANS AFFAIRS TO CONTACT THE AMBASSADORS OF CANADA FOR THE VICTORY CROSS, ENGLAND FOR VICTORIAN

17

CROSS, FRANCE FOR CROIX DE GUERRE, AND THE SECRETARY OF THE ARMY AND
AIR FORCE FOR THE CONGRESSIONAL MEDAL OF HONOR FOR THE ISSUANCE TO
ACTOR AUDREY HEPBURN, POSTHUMOUSLY, SAME AS THE PRESIDENT BUSH ON
4 MAR 08, PRESENTED POSTHUMOUSLY TO MASTER SEGEANT WOODROW WILSON
KEEBLE FOR SAVING OTHER SERVICE MEN LIVES AND KILLING OVER 16 KOREAN
SOLIDERS IN THE KOREAN WAR.  THE PETITIONER WAS DECLASSIFED 3 YEARS
AFTER THE DEATH OF MS HEPBURN BUT DID NOT FIND OUT HE ALSO DECLASSIFIED
UNTIL 2004.  NOTICES WERE PUBLISHED, AND THE WAY THE PETITIONER FOUND
OUT OF THE DECLASSIFICATION WAS THRU LEXIS COMPUTER SYSTEM.

8 APR 2008
                                    STANLEY A. SLUPKOWSKI PRO SE:


DECLARATION UNDER PENALTY OF PERJURY

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY THAT
THE FOREGOING CIVIL CASE IS TRUE AND CORRECT.  28:1746, 18:1621,ET SEQ.

8 APR 2008
                          STANLEY A. SLUPKOWSKI PRO SE:


CERTIFICATE OF SERVICE

DISTRICT CLERK                    CERTIFIED MAIL 7007 0710 9322 1329
U.S. DISTRICT COURT              RETURN RECEIPT REQUESTED
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
NEW WASHINGTON 20001-2802

ADVANCE COPY
GENERAL COUNSEL VETERANS AFFAIRS
DEPARTMENT OF VETERANS AFFAIRS    CERTIFIED MAIL 7007-0710-0003 9322-1268
810 VERMONT AVENUE N.W.           RETURN RECEIPT REQUESTED
WASHINGTON D.C. 20420

8 APR 2008
                          STANLEY A. SLUPKOWSKI PRO SE:
                          FMC 19289-083 BLDG 1-2
                          FEDERAL MEDICAL CENTER
                          P.O. BOX 4000
                          ROCHESTER MN., 55903-4000


18