## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ )<br><br>STANLEY SLUPKOWSKI,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　)　　　Misc. Action No. 08-469 (PLF)<br>　　　　　　　　　　　　　　　　　　　)<br>SECRETARY OF VETERANS　　　　　)<br>AFFAIRS,　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　　　　)<br>_____ ) |  |

### ORDER

Plaintiff has "appealed" this Court's denial of his application to proceed *in forma pauperis*. Plaintiff's submission will be construed as a motion for reconsideration and denied.

In support of his motion, plaintiff states that he is not subject to the provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915 (PLRA). However, plaintiff's application to proceed *in forma pauperis* was not denied on the basis of the PLRA, but because his declaration in support stated that he has "over $30,000" in a certain bank. *See* Declaration ¶ 3. With more than $30,000 in the bank, plaintiff does not qualify for to proceed *in forma pauperis* in this Court. Accordingly, it is hereby

ORDERED that plaintiff's motion for reconsideration of the denial of his application to proceed *in forma pauperis* is DENIED.

　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
DATE: August 15, 2008　　　　　United States District Judge